1   Thomas H. Casey - Bar No. 138264
    Steve Burnell - Bar No. 286557
2   LAW OFFICE OF THOMAS H. CASEY, INC.
    A PROFESSIONAL CORPORATION
3   22342 Avenida Empresa, Suite 200
    Rancho Santa Margarita, CA 92688
4   Telephone:    (949) 766-8787
    Facsimile:    (949) 766-9896
5   Email: TomCasey@tomcaseylaw.com

6   Attorney for Thomas H. Casey
    Chapter 7 Bankruptcy Trustee
7
                  UNITED STATES BANKRUPTCY COURT
8
          CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION
9
    In re                          )   Case No. 8:13-bk-20257-CB
10                                 )
                                   )   Chapter 7
11                                 )
    ROBERT KENNETH ZIEGLER,        )   Adv. No. 8:15-ap-01388-CB
12                                 )
                                   )   **PROOF OF SERVICE OF CHAPTER 7**
13              Debtor.            )   **TRUSTEE'S COMPLAINT:**
                                   )
14                                 )   **(1) FOR DECLARATORY RELIEF;**
                                   )
15  ───────────────────────────    )   **(2) FOR TURNOVER OF PROPERTY**
    THOMAS H. CASEY, the Chapter 7 Trustee )  **OF THE ESTATE PURSUANT TO 11**
16  of the Bankruptcy Estate of Robert Kenneth )  **U.S.C. SECTION 542;**
    Ziegler,                       )
17                                 )   **(3) FOR AVOIDANCE OF**
                Plaintiff,         )   **UNAUTHORIZED POST-PETITION**
18                                 )   **TRANSFERS OF ESTATE PROPERTY**
    v.                             )   **UNDER 11 U.S.C. SECTION 549; AND**
19                                 )
    DAVID SMITH, an individual;    )   **(4) FOR RECOVERY OF TRANSFERS**
20  FRANZ KALLAO, an individual;   )   **PER 11 U.S.C. SECTION 550**
    MICHAL DAVID aka MIKI DAVID, an )
21  individual,                    )
                                   )
22              Defendants.        )
                                   )
23  ───────────────────────────    )

24

25

26

27

28

S:\Wordperfect\Trustee\Ziegler\Pleadings\Proof of Service Smith Kallao David.wpd

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**22342 Avenida Empresa, Suite 200, Rancho Santa Margarita, CA  92688**

A true and correct copy of the foregoing document entitled (*specify*): **Chapter 7 Trustee's Complaint: (1) For Declaratory Relief; (2) For Turnover of Property of the Estate Pursuant to 11 U.S.C. Section 542; (3) For Avoidance of Unauthorized Post-Petition Transfers of Estate Property Under 11 U.S.C. Section 549; and (4) For Recovery of Transfers Per 11 U.S.C. Section 550** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 16, 2015,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Thomas H Casey    lmiller@tomcaseylaw.com, msilva@tomcaseylaw.com
- Thomas H Casey (TR)    msilva@tomcaseylaw.com, thc@trustesolutions.net
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **October 16, 2015,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 16, 2015 | Kathy Driggers | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**SERVED BY U.S. MAIL:**

**Interested Party**
United States Bankruptcy Court
Attn:  Hon.  Catherine E. Bauer
411 West Fourth Street, Suite 5165
Santa Ana, CA  92701

**Debtor**
Robert Kenneth Ziegler
3929 Maricopa Drive
Santa Barbara, CA  93110

**Debtor's Attorney**
Richard G. Heston, Esq.
Heston & Heston, Attorneys at Law
19700 Fairchild Road, Suite 200
Irvine, CA  92612-2528

**Defendants**
Franz Kallao
211 Villa Point Drive
Newport Beach, CA  92660

Franz Kallao
212 Bundy Street
Henderson, NV  89074

Franz Kallao
Vice President of Hotel Operations
The Mirage
3400 Las Vegas Blvd S.
Las Vegas, NV  89109-8923

Michal David aka Miki David
217 Villa Point Drive
Newport Beach, CA  92660

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                          **F 9013-3.1.PROOF.SERVICE**